FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000578
10-NOV-2015
08:09 AM**

NO. CAAP-12-0000578

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant,
vs.
MANAIAKALANI N.K. KALUA, Defendant-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
HĀMĀKUA DIVISION
(3DTC-11-040282)

ORDER OF AMENDMENT
(By: Nakamura, Chief Judge, and Foley and Ginoza, JJ.)

The Opinion of the court, filed on September 2, 2015, is hereby amended as follows:

1.  On page 1, in the third line of footnote 1, the reference to "supra" should be changed to "infra" so that as amended, the text reads: "note 4, infra."

2.  On page 10, in the seventh line of footnote 10, the word "where" should be replaced with "if" and the word "is" should be replaced with "was" so that as amended, the text reads: ". . . if a murder or other serious felony prosecution was barred by . . . ."

3. On page 14, in the eighth line, a close quotation mark should be inserted at the end of the sentence and before the "Id." citation.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these amendments.

DATED: Honolulu, Hawaiʻi, November 10, 2015.

Chief Judge

Associate Judge

Associate Judge